UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

**SCOTT ANDREW BERGER,**

    Debtor.
_____/

**JODI BERGER**,

    Plaintiff,

vs.

**SCOTT ANDREW BERGER**,

    Defendant.
_____/

Case No. 13-33083-EPK

Chapter 7

Adversary No. 15-01547-EPK

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Jodi Berger, through her undersigned counsel, pursuant to Bankruptcy Rule 7041 and Fed. R. Civ. P. 41(a)(1)(A)(i), hereby gives notice of the dismissal, without prejudice, of this adversary proceeding.

    **McLAUGHLIN & STERN, LLP.**
    City Place Office Tower
    525 Okeechobee Boulevard, Suite 1530
    West Palm Beach, FL 33401
    Tel: (561) 659-4020
    Fax: (561) 659-4438
    Email: snewburgh@mclaughlinstern.com
    *Counsel for Plaintiff*

    By:*/s/ Steven S. Newburgh, Esq.*
        **Steven S. Newburgh, Esq.**
        Florida Bar No: 348619

I Hereby Certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and that I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished this 11th day of November, 2015, by electronic transmission via the Court's CM/ECF system upon those parties on the attached Service List and via First Class, U.S. Mail to all parties who were not otherwise served electronically through the Court's CM/ECF system.

*/s/ Steven S. Newburgh*
Steven S. Newburgh, Esquire
Florida Bar No: 348619
snewburgh@mclaughlinstern.com

**SERVICE LIST**

# Mailing Information for Case 15-01547-EPK

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Joe M. Grant    jgrant@msglaw.com, efile@msglaw.com;mg197ecfbox@gmail.com;sleary@msglaw.com
- Steven S Newburgh    snewburgh@mclaughlinstern.com, ssn@newburghlaw.net;vrhaburn@mclaughlinstern.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

- (No manual recipients)